UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------

TIMOTHY LORITO and FOFO'S TOY INC. D/B/A THE EMPORIUM

      Plaintiffs,

v.

COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE DEPARTMENT, OFFICERS GREGG DRZAL, JOHN/JANE DOE and RICHARD DOE (the names and number of whom are unknown at present) and other unidentified members of the Suffolk County Police Department, both individually and in their official capacities,

      Defendants.

---------------------------------

Civil Action No. 2:14-cv-07489(JFB)(SIL)

ECF Case

STIPULATION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 18 2018 ★

LONG ISLAND OFFICE

Pursuant to the Minute Order for the proceedings held before Magistrate Judge Steven I. Locke on July 18, 2018 (ECF Dkt. No. 41), the parties stipulate as to the liability of Defendant Gregg Drzal to plaintiff Timothy Lorito as to the following cause of action set forth in the complaint (ECF Dkt. No. 1):

  Second Cause Of Action (ASSAULT – State Law)

The parties further stipulate that Defendant Drzal reserves all rights to contest and/or litigate damages in connection with the cause of action listed above.

Dated: September 14, 2018
   New York, New York

VALLI KANE & VAGNINI LLP

_____
Matthew L. Berman

600 Old Country Road
Garden City, New York 11530

DENNIS M. BROWN
SUFFOLK COUNTY ATTORNEY

_____
Arlene S. Zwilling
Assistant County Attorney

Suffolk County Attorney's Office
H. Lee Dennison Bldg.

Tel: (516) 203-7180
Fax: (516) 706-0248
mberman@vkvlawyers.com

*Attorneys for Plaintiffs*

Hauppauge, New York 11788-0099
Tel: (631) 853-4055
Arlene.Zwilling@suffolkcountyny.gov

*Attorneys for Defendant County of Suffolk, Suffolk County Police Department, Lieutenant Mangolio and Sergeant Voight.*

LAW OFFICE OF JOHN T. SERIO

*/s/ John T. Serio*
John T. Serio

114 Old Country Road
Suite 420
Mineola, NY 11501
Tel: (516) 248-5317 ext 14.
Fax: (516) 294-5348
jtserio@optonline.net

*Attorney for Defendant Gregg Drzal*

So Ordered this 18th of Sept. 2018

New York, New York

*/s/ Joseph Bianco*
Hon. Joseph F. Bianco