# Valli Kane & Vagnini

## Employee Rights Attorneys

600 Old Country Road
Suite 519
Garden City, NY 11530

Tel: (516) 203-7180
Fax: (516) 706-0248
www.vkvlawyers.com

February 1, 2019

**VIA ECF**
The Honorable Joseph F. Bianco
United States District Court - EDNY
100 Federal Plaza – Courtroom 1040
Central Islip, New York 11722

> **Re:** ***Lorito, et al v. County of Suffolk, et al***
> **Case No. 14-cv-07489 (JFB) (SIL)**

Dear Judge Bianco:

The undersigned represent plaintiff Timothy Lorito in the above-referenced matter. We write pursuant to the Court's Order dated January 16, 2019 instructing the parties to submit a status report. The parties have had settlement discussions but have been unable to reach a resolution. Accordingly, plaintiff intends to proceed to trial on his claims against the remaining defendant, Gregg Drzal.

Thank you for your courtesy and cooperation in this matter.

Respectfully submitted,

/s/ *Matthew L. Berman*
Matthew L. Berman

cc:     All attorneys of record, via ECF.