# LAW OFFICE OF JOHN T. SERIO
### ATTORNEY AT LAW
### 114 OLD COUNTRY ROAD
### SUITE 420
### MINEOLA, NY 11501

JOHN T. SERIO

TEL (516) 248-5317 Ext. 14
FAX (516) 294-5348
EMAIL jtserio@optonline.net

March 21, 2019

**VIA ECF**

The Honorable Steven I. Locke, U.S.M.J.
United States District Court - EDNY
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Lorito, et al v. County of Suffolk, et al*
               Case No. 14-cv-07489 (JFB) (SIL)

Dear Magistrate Judge Locke:

    I am the attorney for Gregg Drzal, the sole remaining defendant in the above referenced matter. This letter is sent to advise your Honor that the above referenced matter has been settled in principle.

    Pursuant to the order of your Honor dated February 5, 2019, the parties were to submit their proposed pre-trial order by tomorrow, March 22nd and further, a final pre-trial conference was scheduled to take place on Wednesday, March 27th. Due to the settlement agreement reached between the parties, the need for the pre-trial order is now moot. Since the parties require some additional time to finalize the settlement agreement, it is respectfully requested that the final conference be rescheduled and, if agreeable to your Honor, a phone settlement-status conference be set for any afternoon in the week of April 22nd. If your Honor would require personal appearance, counsel for both parties are available on either April 22nd or April 26th. If those dates are inconvenient for your Honor, counsel will endeavor to provide additional dates convenient to the Courts calendar.

    Thank you for your courtesy and consideration in this matter.

                              Respectfully submitted,

                              John T. Serio

cc:    All attorneys of record, via ECF.