UNITED STATES DISTRICT COURT  CIVIL CONFERENCE
EASTERN DISTRICT OF NEW YORK  MINUTE ORDER

BEFORE: STEVEN I. LOCKE  DATE: 5/1/2019
       U.S. MAGISTRATE JUDGE  TIME: 10:30 am

CASE: **CV 14-7489(JFB) Lorito v. County of Suffolk et al**

TYPE OF CONFERENCE: STATUS      FTR:

APPEARANCES:
    For Plaintiff:   Matthew Berman

    For Defendant: No appearance

## THE FOLLOWING RULINGS WERE MADE:

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒ Other: No appearance from defendants.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    5/9/19 at 4:00 pm     : Status conference

                              SO ORDERED

                              /s/Steven I. Locke
                              STEVEN I. LOCKE
                              United States Magistrate Judge